FILED
April 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JASON CONTRERAS, | § |
| Plaintiff, | § § § |
| v. | § § |
| FIRST PREMIER BANK and ADAM NORTH, EXECUTIVE FRAUD DEPT., | § § § § |
| Defendants. | § |

NO. SA-24-CV-01264-OLG

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed January 21, 2025, concerning this case, in which Plaintiff was permitted to proceed in forma pauperis. (*See* R&R, Dkt. No. 5.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed via certified mail on January 22, 2025 (*see* Dkt. No. 6) and received on January 25, 2025 (*see* Dkt. No. 8). To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 5) and, for the reasons set forth therein, this case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 30th day of April 2025.

_____
ORLANDO L. GARCIA
United States District Judge